FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

JUN 19 2015

CHRISTOPHER A. PRINE
CLERK

IN THE
FIRST DISTRICT COURT OF APPEALS
IN HOUSTON, TEXAS

William M. Jones

VS.

The State Of Texas

First Court Of APPEALS
Cause NO: 1387546 & 1387547
Appellate NO: 01-14-01032 & 01-14-01033

MOTION TO AMEND MOTION FOR APPOINTMENT
OF NEW APPELLATE COUNSEL

To The Honorable Judge of Said Court:

Comes now William M. Jones the Appellant in the above Captioned and numbered cause respectfully moves this court for an order to Amend Motion for Appointement of new Appellate Counsel and in support of this Motion to Amend the Appellant will show unto this Court As follows:

I

The Appellant is presently represented in this cause by ANN LEE MOSELEY T.B.C. 90001927 whom the Court Appointed to represent the Appellant on the month of December, 2014.

II

In regards to Appellate Counsel not properly filing a timely and procedural motion for new trial. There has been pertinent Substantial Evidence that has been hindered from placement into the Records. Such As:

(1.) Material evidence pertaining to consent being involuntarily was taken which trial counsel should have objected to.

(2.) Crime Victims Compensation documents showing Appellant was Already excluded from incident due to payment of 55,000 dollars. 50,000 dollars went to doctor's fees and 5,000 dollars went to Appellant for workmen Compensation. Appellant was currently working for Core-Pro Systems (A GAS & OIL Company).

(3.) Witnesses which was never Called Nor Received Affidavits from. Shows Appellant lived in the area, Also Store employee of "Family Dollar" Statement(s) about clothing bend across the street from where crime took place stays full and picked through at times. Its there for Donations.

(4.) Expert Witnesses — Doctor's/Nures's Statement — proving the condition Appellant was in prevented him from fleeing the scene of the crime. Hospital reports, X-Rays showing where Appellant sustained injuries.

(5.) Clear and Convincing evidence that '357' gun used by Victim, in an attempt to shoot perpetrator, was with-held from the sight of the jury upon request by defense counsel.

(6.) Information such as policies and procedures of (H.P.D) Houston Police Department regarding Crime Scene Investigation policies and procedures. Due to Investigator Not processing Car into evidence, Nor Investigating Appellant's statement as being a Victim of a Shooting. These are relevent and needed issues in Arguing and properly presenting error, Further, which aids to show due diligence!

## III

Appellant was not able to properly prepare Argument Nor Add 'new' fand evidence into the records, due to Appellat Counsel's failure to timely file motion for New trial.

## IV

The Court should Amend motion for Appointment of New Appellate Counsel and Grant said motion for new Appellate Counsel that Appellant may be assured reasonable effective assistance of Appellate Counsel that he is entitled to. <u>SEE</u> <u>Texas Constitution Art 1 § 10</u> and <u>U.S. Constitution, Sixth Amendment.</u>

## PRAYER

Wherefor, premises Considered, Appellant prays that this Cart Amend motion to Appoint new Appellate Counsel.

Respectfully Submitted this the 18th day of June 2015

William M. Jones

I William M. Jones, TDC# 197/347 from Texas Department of Corrections being presently incarcerated in Texas Department of Corrections Mark W. Stiles Unit, Jefferson County, Texas, declare under penalty of perjury that the foregoing is true and correct.

Executed on June 18th, 2015                     William Jones

# Certificate Of Service

I hereby certify that a true and correct copy of the foregoing Motion to Amend Motion to Appoint New Appellate Counsel has been served by placing the same in the United States Mail first class addressed to:

First District Court Of Appeals
301 Fannin St.
Houston, Texas 77002

ON this 18th day of June 2015

William M. Jones   6/18/2015

# ORDER

Be it remembered that on this ___ day of ___
2015 came to be heard the Appellant's motion to Amend
Motion to Appoint new Appellate Cansel.

After due consideration of Said Motion it is
determine that it should be granted and it is hereby
ordered.

It is So ordered Adjudged and Decreed on this
___ day of _____ 2015

Granted ___
DENIED ___

_____
Presiding Judge

First District Court of Appeals
Office of The Clerk
301 Fannin ST.
Huston Texas, 77002

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

JUN 19 2015

CHRISTOPHER A. PRINE
CLERK

RE: Filing Appellant Motion to Amend Motion to Appoint New Appellate Counsel. in connection to: Cause NO. 1387547 and 1387546

Dear Clerk:

   PLEASE file Appellant Motion to Amend Motion to Appoint New Appellant Counsel in the appropriate manner. PLEASE refer any rulings and Orders to the Appellant at the Address listed below

                                    Respectfully,

                                    William M. Jones
                                    TDCJ #1971347
                                    Mark W. Stiles Unit
                                    3060 F.M. 3514
                                    Beaumont, TX 77705
                                    Pro-SE

USA
FOREVER
2014

NORTH HOUSTON TX 773

13 JUN 2015 PM 9

William M. Jones #1971347
Stiles Unit
3060 FM. 3514
Beaumont, TX 77705

LEGAL MAIL

First District of Appeals
301 Fannin St.
Houston, Texas 77002
ATTN: CLERK

RECEIVED OF APPEALS
FIRST COURT, TEXAS
HOUSTON, TEXAS

JUN 19 2015

CHRISTOPHER A. PRINE
CLERK

77002206699